# EXHIBIT A

BRICKLIN & NEWMAN LLP

lawyers working for the environment

Reply to:  Seattle Office

March 9, 2020

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

Josh Tewalt
Director, Idaho Department of Correction
1299 N. Orchard St., Suite 110
Boise, ID 83706

Jeff Zmuda
Deputy Director, Idaho Department of Correction
1299 N. Orchard St., Suite 110
Boise, ID 83706

Dr. David McClusky
Board Member, Idaho Board of Correction
1299 N. Orchard St., Suite 110
Boise, ID 83706

Chad Page
Chief of Prisons, Idaho Department of Correction
1299 N. Orchard St., Suite 110
Boise, ID 83706

Mark Kubinski
Lead Deputy Attorney General
Idaho Department of Corrections
1299 N. Orchard Street, #110
Boise, ID 83706

Dodds Hayden
Board Member,
Idaho Board of Correction
1299 N. Orchard St., Suite 110
Boise, ID 83706

Dr. Karen Neill
Board Member,
Idaho Board of Correction
1299 N. Orchard St., Suite 110
Boise, ID 83706

**Re:    Notice of Violations and Intent to File Suit under the Clean Water Act**

To Whom It May Concern:

Snake River Waterkeeper ("SRW")[1] hereby gives notice to the addressed persons of its intent to file suit pursuant to Section 505 of the Federal Clean Water Act ("CWA" or "Act"), 33 U.S.C. § 1365(a), for violations of the Act specified below. This letter constitutes notice as required by 40

_____

[1]SRW is a not-for-profit 501(c)(3) organization dedicated to the conservation and protection of the Snake River Basin. SRW's address is 2123 N. 16th St., Boise, ID 83702, and its phone number is (208) 806-1303.

Idaho Department of Correction
March 9, 2020
Page 2

C.F.R., part 135 (the "Notice") to the addressed persons of SRW's intent to file suit in United States District Court of the District of Idaho—seeking appropriate equitable relief, civil penalties, and other relief—no earlier than 60 days from the postmarked date of this Notice.

Idaho Department of Correction ("IDOC") and its directors, officers, and board members with operational control over IDOC are the persons, as defined by Section 502(5) of the CWA, 33 U.S.C. § 1362(5), responsible for the violations alleged in this Notice. IDOC owns and operates Northern Idaho Correctional Institution at 236 Radar Rd in Cottonwood, Idaho (hereinafter, the "Facility").

As a result of IDOC's operations, the Facility releases a variety of pollutants into an unnamed creek and downstream receiving waters including Lawyer Creek (which is within the boundary of the Nez Perce Indian Reservation), the Clearwater River, and the Snake River. The unnamed creek is currently a Class 5 impaired waterway. Based on available information, SRW believes IDOC has violated and continues to violate the Federal Water Pollution Control Act, 33 U.S.C. § 1251, *et seq.*, CWA, and IDOC's National Pollutant Discharge Elimination System ("NPDES") Permit No. ID0025887 in operating the Facility.

Dischargers of pollutants must comply with the requirements of a NPDES permit issued under Section 402 of the CWA, 33 U.S.C § 1342. Section 301(a) of the Act prohibits discharges not authorized by, or in violation of, the terms of a valid NPDES discharge permit. NPDES discharge permits contain pollutant sampling and monitoring requirements and limits on the amount or concentration of allowable pollutants in addition to requirements regarding control measures, best management practices, and recordkeeping and reporting.

The discharge of any pollutant in violation of a NPDES permit, failure to conduct required monitoring for pollutant discharges, and failure to comply with other requirements of a NPDES permit are all violations of the Clean Water Act, 33 U.S.C. § 1311(a).

During the 5 years prior to the date of this letter, IDOC has repeatedly discharged pollutants from the Facility into waters of the Snake River Basin from and through point sources in concentrations and amounts that exceed the discharge limits set in its NPDES permit. IDOC has also failed to complete regulated Facility activities by certain dates as required by the NPDES permit. Additionally, the IDOC has failed to report discharges to the Environmental Protection Agency (hereinafter, "EPA") as required under the NPDES permit.

More specifically, IDOC's violations are as follows:

The attached tables list the dates, ranging through January 2020 (the most recent date for which discharge information is publicly available), on which IDOC has exceeded the parameters set in its NPDES permit for various outfalls at the Facility and/or failed to complete scheduled events. Each exceedance and failure to monitor is a separate and distinct violation of IDOC's NPDES permit and Sections 301 and 402 of the CWA, 33 U.S.C. §§ 1311, 1342. In addition, the data reported for May 2019 and June 2019 appear to be identical, likely in error.

Idaho Department of Correction
March 9, 2020
Page 3

At a minimum, SRW's lawsuit will include violations for the days on which IDOC was required to sample its discharge(s) as reflected in IDOC's own Discharge Monitoring Reports ("DMRs"). SRW also expects that its lawsuit will include violations that occurred on days in between those required sampling events where legally-required DMRs were not completed.

Additional information, including information in IDOC's possession, may reveal additional violations. This letter expressly covers violations occurring after the date of the most recent publicly available DMR data. This letter also covers violations that continue or reoccur, or that can reasonably be expected to continue or reoccur, after the date of this letter, to the full extent permitted by law.

Every day on which IDOC has failed and continues to fail to comply with the requirements of the CWA and NPDES Permit No. ID0025887 is a separate and distinct violation of IDOC's NPDES permit and Section 301(a) of the CWA, 33 U.S.C. § 1311(a). Moreover, multiple violations on a single day each count as a separate and distinct violation.

These violations are ongoing, continuous, and presumed likely to continue indefinitely barring changes to bring the Facility into full compliance with the permitting requirements of the Clean Water Act

IDOC and its directors, officers, and board members acting in their official capacity are liable for the above-described violations occurring prior to the date of this letter, and for every day that these violations continue. Pursuant to Section 309(d) of the Act, 33 U.S.C. § 1319(d), and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. §§19.2, 19.4, each separate violation of the Act subjects IDOC to a penalty up to $53,833 per day, per violation. SRW intend to seek the full penalties allowed by law.

In addition to civil penalties, SRW will seek declaratory relief and injunctive relief to prevent further violations of the Clean Water Act pursuant to Sections 505(a) and (d), 33 U.S.C. § 1365(a) and (d), and such other relief as permitted by law. SRW will seek an order from the Court requiring IDOC to correct all identified violations through direct implementation of control measures and demonstration of full regulatory compliance.

Lastly, pursuant to Section 505(d) of the Act, 33 U.S.C. § 1365(d), SRW will seek recovery of its litigation costs, including attorneys' and experts' fees.

## CONCLUSION

During the 60-day notice period, SRW is willing to discuss possible remedial measures for violations in this Notice that may avoid the necessity of litigation. If you wish to engage in in preliminary settlement negotiations, please have your attorney contact Zachary Griefen and Rick Eichstaedt within the next 20 days so that negotiations may be completed before the end of the 60-

Idaho Department of Correction
March 9, 2020
Page 4

day notice period. We do not intend to delay the filing of a complaint in federal court if discussions are ongoing at the conclusion of the 60-day period.

Sincerely,

_____
Zachary Griefen
Bryan Telegin
Legal Counsel
Bricklin & Newman, LLP
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
206.264.8600
griefen@bnd-law.com
telegin@bnd-law.com

_____
Rick Eichstaedt
Legal Counsel
Environmental Law Clinic
University Legal Assistance
Gonzaga Law School
721 N. Cincinnati St.
Spokane, WA 99202
509.313.5791
eichstaedt@gonzaga.edu

Idaho Department of Correction
March 9, 2020
Page 5

cc *via* U.S. Mail:

F.S. "Buck" Ryan, J.D.                          Michael Lopez
Executive Director                             Senior Staff Attorney
Snake River Waterkeeper                         Office of Legal Council
2123 North 16th St.                            100 Agency Rd.
Boise, ID 83702                                Lapwai, ID 83540

Shannon Wheeler
Chairman
Nez Perce Tribal Executive Committee
404 Agency St
Lapwai, ID 83540

cc *via* U.S. Certified Mail, Return Receipt Requested:

Andrew Wheeler                                 Chris Hladick
Administrator                                  Regional Administrator
Environmental Protection Agency                U.S. EPA, Region 10
Office of the Administrator                    1200 Sixth Avenue
Mail Code: 1101A                               Suite 155
1200 Pennsylvania Avenue, N.W.                 Seattle, WA 98101
Washington, DC 20460

Shannon Wheeler
Chairman
Nez Perce Tribal Executive Committee
404 Agency St
Lapwai, ID 83540

John Tippets
Director
Idaho Department of Environmental Quality
1410 N. Hilton
Boise, ID 83706

Idaho Department of Correction
March 9, 2020
Page 6

**TABLE 1**
Effluent Violations - Quantity
BOD, 5-day, 20 deg. C

| Reporting Period | Outfall | Parameter | Type of Limit | Units | Discharge Limit | Reported Discharge | Percentage Exceedance |
|---|---|---|---|---|---|---|---|
| June '19 | 001-A | BOD | Month avg | lb/d | 8 | 47.42 | 493% |
| June '19 | 001-A | BOD | Week avg | lb/d | 11 | 20.66 | 88% |
| May '19 | 001-A | BOD | Month avg | lb/d | 8 | 47.42 | 493% |
| May '19 | 001-A | BOD | Week avg | lb/d | 11 | 20.66 | 88% |
| Apr '19 | 001-A | BOD | Month avg | lb/d | 8 | 27.07 | 238% |
| Apr '19 | 001-A | BOD | Week avg | lb/d | 11 | 23.45 | 113% |
| Mar '19 | 001-A | BOD | Month avg | lb/d | 8 | 34.71 | 334% |
| Mar '19 | 001-A | BOD | Week avg | lb/d | 11 | 35.16 | 320% |
| Feb '19 | 001-A | BOD | Month avg | lb/d | 8 | 31.41 | 293% |
| Feb '19 | 001-A | BOD | Week avg | lb/d | 11 | 28.98 | 163% |
| Jan '19 | 001-A | BOD | Month avg | lb/d | 8 | 28.29 | 254% |
| Jan '19 | 001-A | BOD | Week avg | lb/d | 11 | 28.68 | 161% |
| Dec '18 | 001-A | BOD | Month avg | lb/d | 8 | 13.57 | 70% |
| Dec '18 | 001-A | BOD | Week avg | lb/d | 11 | 12.13 | 10% |
| Nov '18 | 001-A | BOD | Month avg | lb/d | 8 | 18.67 | 133% |
| Nov '18 | 001-A | BOD | Week avg | lb/d | 11 | 18.42 | 67% |
| Oct '18 | 001-A | BOD | Month avg | lb/d | 8 | 12.27 | 53% |
| Oct '18 | 001-A | BOD | Week avg | lb/d | 11 | 12.01 | 9% |
| June '18 | 001-A | BOD | Month avg | lb/d | 8 | 10.12 | 26.5% |
| May '18 | 001-A | BOD | Month avg | lb/d | 8 | 10.42 | 30.3% |
| May '18 | 001-A | BOD | Week avg | lb/d | 11 | 10.05 | 0% |
| Apr '18 | 001-A | BOD | Month avg | lb/d | 8 | 17.31 | 116% |
| Apr '18 | 001-A | BOD | Week avg | lb/d | 11 | 20.31 | 84.6% |
| Mar '18 | 001-A | BOD | Month avg | lb/d | 8 | 21.6 | 170% |
| Mar '18 | 001-A | BOD | Week avg | lb/d | 11 | 24.26 | 121% |
| Feb '18 | 001-A | BOD | Month avg | lb/d | 8 | 18.93 | 137% |
| Feb '18 | 001-A | BOD | Week avg | lb/d | 11 | 18.4 | 67.3% |
| Jan '18 | 001-A | BOD | Month avg | lb/d | 8 | 52.15 | 552% |
| Jan '18 | 001-A | BOD | Week avg | lb/d | 11 | 21.62 | 96.5% |

Idaho Department of Correction
March 9, 2020
Page 7

**TABLE 2**
Effluent Violations - Concentration
BOD, 5-day, 20 deg. C

| Reporting Period | Outfall | Parameter | Type of Limit | Units | Discharge Limit | Reported Discharge | Percentage Exceedance |
|---|---|---|---|---|---|---|---|
| Jan '19 | 001-A | BOD | Week avg | mg/L | 45 | 52.9 | 17.55% |
| Dec '19 | 001-A | BOD | Week avg | mg/L | 45 | 54.4 | 20.80% |
| Oct '19 | 001-A | BOD | Month avg | mg/L | 30 | 50.53 | 68.4% |
| Oct '19 | 001-A | BOD | Week avg | mg/L | 45 | 145 | 222% |
| June '19 | 001-A | BOD | Month avg | mg/L | 30 | 65.7 | 119% |
| June '19 | 001-A | BOD | Week avg | mg/L | 45 | 68.2 | 52% |
| May '19 | 001-A | BOD | Month avg | mg/L | 30 | 65.7 | 119% |
| May '19 | 001-A | BOD | Week avg | mg/L | 45 | 68.2 | 52% |
| Apr '19 | 001-A | BOD | Month avg | mg/L | 30 | 45.8 | 53% |
| Apr '19 | 001-A | BOD | Week avg | mg/L | 45 | 92.9 | 106% |
| Mar '19 | 001-A | BOD | Month avg | mg/L | 30 | 115.63 | 285% |
| Mar '19 | 001-A | BOD | Week avg | mg/L | 45 | 151 | 236% |
| Feb '19 | 001-A | BOD | Month avg | mg/L | 30 | 97.4 | 225% |
| Feb '19 | 001-A | BOD | Week avg | mg/L | 45 | 143 | 218% |
| Jan '19 | 001-A | BOD | Month avg | mg/L | 30 | 135.73 | 353% |
| Jan '19 | 001-A | BOD | Week avg | mg/L | 45 | 182 | 304% |
| Dec '18 | 001-A | BOD | Month avg | mg/L | 30 | 51.73 | 72% |
| Dec '18 | 001-A | BOD | Week avg | mg/L | 45 | 74.6 | 1.66% |
| Nov '18 | 001-A | BOD | Month avg | mg/L | 30 | 52.43 | 75% |
| Nov '18 | 001-A | BOD | Week avg | mg/L | 45 | 61.4 | 36% |
| Oct '18 | 001-A | BOD | Month avg | mg/L | 30 | 36.8 | 23% |
| Oct '18 | 001-A | BOD | Week avg | mg/L | 45 | 44.7 | 0% |
| Apr '18 | 001-A | BOD | Month avg | mg/L | 30 | 30.7 | 2.33% |
| Mar '18 | 001-A | BOD | Month avg | mg/L | 30 | 47.35 | 57.8% |
| Mar '18 | 001-A | BOD | Week avg | mg/L | 45 | 69.1 | 53.6% |
| Feb '18 | 001-A | BOD | Month avg | mg/L | 30 | 38.15 | 27.2% |
| Feb '18 | 001-A | BOD | Week avg | mg/L | 45 | 64.3 | 42.9% |
| Jan '18 | 001-A | BOD | Month avg | mg/L | 30 | 44.55 | 48.5% |
| Jan '18 | 001-A | BOD | Week avg | mg/L | 45 | 47 | 4.44% |

Idaho Department of Correction
March 9, 2020
Page 8

**TABLE 3**
Effluent Violations - Quantity
Solids, total suspended

| Reporting Period | Outfall | Parameter | Type of Limit | Units | Discharge Limit | Reported Discharge | Percentage Exceedance |
|---|---|---|---|---|---|---|---|
| Jan '20 | 001-A | Solids | Month avg | lb/d | 8 | 10.86 | 35.75% |
| July '19 | 001-A | Solids | Month avg | lb/d | 8 | 13.65 | 70.6% |
| June '19 | 001-A | Solids | Month avg | lb/d | 8 | 42.9 | 436% |
| June '19 | 001-A | Solids | Week avg | lb/d | 11 | 19.81 | 80.1% |
| May '19 | 001-A | Solids | Month avg | lb/d | 8 | 42.9 | 436% |
| May '19 | 001-A | Solids | Week avg | lb/d | 11 | 19.81 | 80.1% |
| Apr '19 | 001-A | Solids | Month avg | lb/d | 8 | 34.09 | 326% |
| Apr '19 | 001-A | Solids | Week avg | lb/d | 11 | 31.1 | 183% |
| Mar '19 | 001-A | Solids | Month avg | lb/d | 8 | 11.66 | 45.7% |
| Mar '19 | 001-A | Solids | Week avg | lb/d | 11 | 11.78 | 7.09% |
| Feb '19 | 001-A | Solids | Month avg | lb/d | 8 | 12.65 | 58.1% |
| Feb '19 | 001-A | Solids | Week avg | lb/d | 11 | 11.9 | 8.18% |
| Dec '18 | 001-A | Solids | Month avg | lb/d | 8 | 17.32 | 116% |
| Dec '18 | 001-A | Solids | Week avg | lb/d | 11 | 14.48 | 31.6% |
| Nov '18 | 001-A | Solids | Month avg | lb/d | 8 | 20.05 | 151% |
| Nov '18 | 001-A | Solids | Week avg | lb/d | 11 | 23.27 | 112% |
| Oct '18 | 001-A | Solids | Month avg | lb/d | 8 | 22.94 | 187% |
| Oct '18 | 001-A | Solids | Week avg | lb/d | 11 | 22.68 | 106% |
| Sep '18 | 001-A | Solids | Month avg | lb/d | 8 | 12.92 | 61.5% |
| June '18 | 001-A | Solids | Month avg | lb/d | 8 | 28.45 | 256% |
| June '18 | 001-A | Solids | Week avg | lb/d | 11 | 22.08 | 101% |
| May '18 | 001-A | Solids | Month avg | lb/d | 8 | 24.35 | 204% |
| May '18 | 001-A | Solids | Week avg | lb/d | 11 | 22.95 | 109% |
| Apr '18 | 001-A | Solids | Month avg | lb/d | 8 | 19.69 | 146% |
| Apr '18 | 001-A | Solids | Week avg | lb/d | 11 | 23.82 | 116% |
| Mar '18 | 001-A | Solids | Month avg | lb/d | 8 | 8.13 | 1.62% |
| Feb '18 | 001-A | Solids | Month avg | lb/d | 8 | 17.98 | 125% |
| Feb '18 | 001-A | Solids | Week avg | lb/d | 11 | 18.08 | 64.4% |
| Jan '18 | 001-A | Solids | Month avg | lb/d | 8 | 32.06 | 38.3% |

Idaho Department of Correction
March 9, 2020
Page 9

**TABLE 4**
Effluent Violations - Concentration
Solids, total suspended

| Reporting Period | Outfall | Parameter | Type of Limit | Units | Discharge Limit | Reported Discharge | Percentage Exceedance |
|---|---|---|---|---|---|---|---|
| Jan '20 | 001-A | Solids | Month avg | mg/L | 30 | 39 | 30.00% |
| Jan '20 | 001-A | Solids | Week avg | mg/L | 45 | 49 | 8.80% |
| Nov '19 | 001-A | Solids | Month avg | mg/L | 30 | 39 | 30.00% |
| Nov '19 | 001-A | Solids | Week avg | mg/L | 45 | 66 | 47.00% |
| Oct '19 | 001-A | Solids | Month avg | mg/L | 30 | 62.8 | 109% |
| Oct '19 | 001-A | Solids | Week avg | mg/L | 45 | 116 | 158% |
| July '19 | 001-A | Solids | Month avg | mg/L | 30 | 76 | 153% |
| July '19 | 001-A | Solids | Week avg | mg/L | 45 | 104 | 131% |
| June '19 | 001-A | Solids | Month avg | mg/L | 30 | 63 | 110% |
| June '19 | 001-A | Solids | Week avg | mg/L | 45 | 78 | 73% |
| May '19 | 001-A | Solids | Month avg | mg/L | 30 | 63 | 110% |
| May '19 | 001-A | Solids | Week avg | mg/L | 45 | 78 | 73% |
| Apr '19 | 001-A | Solids | Month avg | mg/L | 30 | 60.8 | 103% |
| Apr '19 | 001-A | Solids | Week avg | mg/L | 45 | 84 | 86.7% |
| Mar '19 | 001-A | Solids | Month avg | mg/L | 30 | 38.8 | 29.3% |
| Mar '19 | 001-A | Solids | Week avg | mg/L | 45 | 52 | 15.6% |
| Feb '19 | 001-A | Solids | Month avg | mg/L | 30 | 40 | 33.3% |
| Feb '19 | 001-A | Solids | Week avg | mg/L | 45 | 54 | 20% |
| Jan '19 | 001-A | Solids | Month avg | mg/L | 30 | 36.8 | 22.7% |
| Jan '19 | 001-A | Solids | Week avg | mg/L | 45 | 48 | 6.67% |
| Dec '18 | 001-A | Solids | Month avg | mg/L | 30 | 61.3 | 104% |
| Dec '18 | 001-A | Solids | Week avg | mg/L | 45 | 71 | 57.8% |
| Nov '18 | 001-A | Solids | Month avg | mg/L | 30 | 66.3 | 121% |
| Nov '18 | 001-A | Solids | Week avg | mg/L | 45 | 93 | 107% |
| Oct '18 | 001-A | Solids | Month avg | mg/L | 30 | 69.5 | 132% |
| Oct '18 | 001-A | Solids | Week avg | mg/L | 45 | 101 | 124% |
| Sep '18 | 001-A | Solids | Month avg | mg/L | 30 | 36 | 20% |
| July '18 | 001-A | Solids | Week avg | mg/L | 45 | 51 | 13.3% |
| June '18 | 001-A | Solids | Month avg | mg/L | 30 | 46.5 | 55% |
| June '18 | 001-A | Solids | Week avg | mg/L | 45 | 59 | 31.1% |
| May '18 | 001-A | Solids | Month avg | mg/L | 30 | 40.3 | 34.3% |
| May '18 | 001-A | Solids | Week avg | mg/L | 45 | 57 | 26.7% |
| Apr '18 | 001-A | Solids | Month avg | mg/L | 30 | 36 | 20% |
| Apr '18 | 001-A | Solids | Week avg | mg/L | 45 | 58 | 28.9% |
| Feb '18 | 001-A | Solids | Month avg | mg/L | 30 | 37.5 | 25% |
| Feb '18 | 001-A | Solids | Week avg | mg/L | 45 | 65 | 44.4% |

Idaho Department of Correction
March 9, 2020
Page 10

**TABLE 5**
Effluent Violations – Concentration
BOD, 5-day, percent removal

| Reporting Period | Outfall | Parameter | Type of Limit | Units | Discharge Limit | Reported Discharge | Exceedance |
|---|---|---|---|---|---|---|---|
| Oct '19 | 001-A | BOD | Minimum | % | 85 | 71 | 14 |
| June '19 | 001-A | BOD | Minimum | % | 85 | 74 | 11 |
| May '19 | 001-A | BOD | Minimum | % | 85 | 74 | 11 |
| Apr '19 | 001-A | BOD | Minimum | % | 85 | 77 | 8 |
| Mar '19 | 001-A | BOD | Minimum | % | 85 | 36 | 49 |
| Feb '19 | 001-A | BOD | Minimum | % | 85 | 50 | 35 |
| Jan '19 | 001-A | BOD | Minimum | % | 85 | 48 | 37 |
| Dec '18 | 001-A | BOD | Minimum | % | 85 | 83 | 2 |
| Nov '18 | 001-A | BOD | Minimum | % | 85 | 77 | 8 |
| Mar '18 | 001-A | BOD | Minimum | % | 85 | 84 | 1 |
| Feb '18 | 001-A | BOD | Minimum | % | 85 | 80 | 5 |
| Jan '18 | 001-A | BOD | Minimum | % | 85 | 76 | 9 |

Idaho Department of Correction
March 9, 2020
Page 11

**TABLE 6**
Effluent Violations – Concentration
Solids, suspended percent removal

| Reporting Period | Outfall | Parameter | Type of Limit | Units | Discharge Limit | Reported Discharge | Exceedance |
|---|---|---|---|---|---|---|---|
| Oct '19 | 001-A | Solids | Minimum | % | 85 | 78 | 7 |
| July '19 | 001-A | Solids | Minimum | % | 85 | 75 | 10 |
| June '19 | 001-A | Solids | Minimum | % | 85 | 79 | 6 |
| May '19 | 001-A | Solids | Minimum | % | 85 | 79 | 6 |
| Apr '19 | 001-A | Solids | Minimum | % | 85 | 76 | 9 |
| Mar '19 | 001-A | Solids | Minimum | % | 85 | 83 | 2 |
| Feb '19 | 001-A | Solids | Minimum | % | 85 | 85 | 0 |
| Jan '19 | 001-A | Solids | Minimum | % | 85 | 85 | 0 |
| Dec '18 | 001-A | Solids | Minimum | % | 85 | 76 | 9 |
| Nov '18 | 001-A | Solids | Minimum | % | 85 | 71 | 14 |
| Oct '18 | 001-A | Solids | Minimum | % | 85 | 76 | 9 |
| June '18 | 001-A | Solids | Minimum | % | 85 | 73 | 12 |
| May '18 | 001-A | Solids | Minimum | % | 85 | 84 | 1 |
| Apr '18 | 001-A | Solids | Minimum | % | 85 | 83 | 2 |

Idaho Department of Correction
March 9, 2020
Page 12

**TABLE 7**
Permit Schedule Violations
Unresolved and Ongoing

| Schedule Event | Required Completion Date |
|---|---|
| Emergency Response and Public Notification Plan | 03/01/2018 |
| Industrial User Report | 09/01/2019 |
| Operation and Maintenance (O&M) Report | 03/01/2018 |
| Plan, Report, or Scope of Work | 09/01/2019 |
| Quality Assurance Report | 03/01/2018 |
| Status/Progress Report | 05/01/2006 |
| Status/Progress Report | 11/01/2005 |
| Status/Progress Report | 11/01/2004 |
| Status/Progress Report | 05/01/2005 |
| Status/Progress Report | 11/01/2006 |
| Status/Progress Report | 09/01/2018 |
| Surface Water Monitoring Report | 01/31/2018 |
| Surface Water Monitoring Report | 01/31/2019 |