David A. Bricklin, ISB No. 8565
bricklin@bnd-law.com
Bryan Telegin, WSBA No. 46686
telegin@bnd-law.com
Zachary K. Griefen, WSBA No. 48608
griefen@bnd-law.com
Bricklin & Newman, LLP
1424 Fourth Avenue, Suite 500
Seattle, WA 98154
Telephone: (206) 264-8600
Facsimile: (206) 264-9300
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
CENTRAL DIVISION

| | |
|---|---|
| SNAKE RIVER WATERKEEPER,<br><br>                        Plaintiff,<br><br>     v.<br><br>IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, its Director; JEFF ZMUDA, its Deputy Director; CHAD PAGE, its Chief of Prisons; and DR. DAVID MCCLUSKY; DODDS HAYDEN, and DR. KAREN NEILL, its Board Members,<br><br>                        Defendants. | NO. 3:20-cv-00398-CWD<br><br>JOINT NOTICE OF SETTLEMENT, JOINT SUBMISSION OF CONSENT DECREE, AND MOTION FOR ENTRY OF CONSENT DECREE BY THE COURT |

      Plaintiff Snake River Waterkeeper and Defendants Idaho Department of Correction, *et al.* hereby provide notice to the Court that the Parties have settled the above-captioned matter and jointly move the Court to enter the Proposed Consent Decree attached as Exhibit A.

JOINT NOTICE OF SETTLEMENT, JOINT SUBMISSION OF CONSENT
DECREE, AND MOTION FOR ENTRY OF CONSENT DECREE - 1

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

1  The parties have complied with the 45-day review period mandated by the Clean Water Act and its regulations. 33 U.S.C. § 1251 *et seq*. and 40 C.F.R. § 135.5(b). The citizen suit provision of the Clean Water Act provides that no consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the EPA Administrator. 33 U.S.C. § 1365(c)(3).

Plaintiff's undersigned counsel sent copies of the Proposed Consent Decree to the Administrator, Environmental Protection Agency ("EPA"), as well as to the United States Department of Justice, Citizen Suit Coordinator, Environment and Natural Resources Division Law and Policy Section, on August 17, 2021, pursuant to the requirements of 40 C.F.R. § 135.5. On September 27, 2021, the United States notified the parties and the Court that "the United States has reviewed the proposed consent judgment in this action and does not object to its entry by this Court." The September 27, 2021 letter to the parties and the Court from U.S. Department of Justice attorney Peter McVeigh (including a letter from the recipient of supplemental environmental project funds) is attached as Exhibit B.

The parties according jointly move that the Court enter the attached Proposed Consent Decree and jointly submit the attached Proposed Consent Decree to the Court for entry.

DATED this 19th day of October, 2021.

Respectfully submitted,

BRICKLIN & NEWMAN, LLP

By:  /s/ David A. Bricklin
By:  /s/ Bryan Telegin
By:  /s/ Zachary K. Griefen
David A. Bricklin, ID Bar No. 8565
Bryan Telegin, WSBA No. 46686*
Zachary K. Griefen, WSBA No. 48608*

JOINT NOTICE OF SETTLEMENT, JOINT SUBMISSION OF CONSENT DECREE, AND MOTION FOR ENTRY OF CONSENT DECREE - 2

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel.  (206) 264-8600
Fax.  (206) 264-9300

| | |
|---|---|
| 1 | 1424 Fourth Avenue, Suite 500 |
| 2 | Seattle, WA 98101 |
| | Telephone: 206-264-8600 |
| 3 | Facsimile: 206-264-9300 |
| | E-mail: bricklin@bnd-law.com |
| 4 | E-mail: telegin@bnd-law.com |
| | E-mail: griefen@bnd-law.com |

*Counsel for Plaintiff Snake River Waterkeeper*

\* *Attorneys Telegin and Griefen are admitted pro hac vice in this case.*

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


By:     /s/ Kristina M. Schindele
        Kristina M. Schindele, ISB No. 6090
        Deputy Attorney General
        Counsel for Defendants

JOINT NOTICE OF SETTLEMENT, JOINT SUBMISSION OF CONSENT DECREE, AND MOTION FOR ENTRY OF CONSENT DECREE - 3

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300